**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 4, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00971-CV

---

### IN RE THE HANOVER CASUALTY COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-88919**

---

## MEMORANDUM OPINION

On December 28, 2023, relator The Hanover Casualty Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable R. K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate the trial court's December 20, 2023 order denying relator's

motion to compel appraisal and to abate the lawsuit pending completion of the appraisal.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.